1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re Estate of ) | |
| ) | No. |
| THE JAMES D. GARRED ) | |
| REVOCABLE LIVING TRUST ) | NOTICE OF REMOVAL |
| _____ ) | (28 U.S.C. § 1441) |
| ) | |
| KELLY G. MERRILL, as Trustee of the James ) | |
| D. Garred Revocable Living Trust, Credit ) | |
| Shelter Trust Created by the James D. Garred ) | |
| Revocable Living Trust and the Marital Trust ) | |
| Created by the James D. Garred Revocable ) | |
| Trust, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER MOORE, an individual; and ) | |
| CREASON, MOORE, DOKKEN & GEIDL, ) | |
| PLLC, an Idaho Limited Liability Company, ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

Pursuant to 28 U.S.C. § 1441, Respondents Creason, Moore, Dokken & Geidl, PLLC and

Christopher J. Moore remove the above-captioned action from King County Superior Court to

the United States District Court for the Western District of Washington at Seattle.

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

**A.**     **JURISDICTION**

This Court has diversity jurisdiction under 28 U.S.C. § 1332 because the Petitioner is a citizen of Washington and Respondents are citizens of Idaho, and the amount in controversy exceeds $75,000, as follows:

**(i)**     **Citizenship**

Petitioner is Ms. Kelly G. Merrill, as Trustee of the James D. Garred Revocable Living Trust, and the associated Credit Shelter Trust and Marital Trust created by the James D. Garred Revocable Trust (together "Trusts").  For diversity purposes, a trust has the citizenship of its trustee.  Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006). Ms. Merrill resides in Snohomish County, Washington, and therefore is believed to be a citizen of Washington.  See p. 3 ¶ 2 of Petition to Recover Damages (hereafter "Petition"), attached as Exhibit A to the Declaration of Steven C. Minson in Support of Removal ("Minson Decl.").

Respondent Christopher Moore is domiciled in and a citizen of Idaho.  Declaration of Christopher J. Moore in Support of Removal ("Moore Decl.") ¶ 1.

Respondent Creason, Moore, Dokken & Geidl, PLLC ("Creason firm") is a professional limited liability company with offices in Lewiston, Idaho.  Moore Decl. ¶ 2.  For diversity purposes, a limited liability company is a citizen of every state of which its members are citizens. Johnson v. Columbia Props., 437 F.3d at 899.  In addition to Mr. Moore, there are three other members of the Creason firm:  Theodore O. Creason; David E. Dokken; and Tod D. Geidl. Moore Decl. ¶ 2.  Messrs. Creason, Dokken, and Geidl are all domiciled in and citizens of Idaho. Id.

**(ii)**     **Amount in Controversy**

Petitioner claims that, through legal malpractice and related torts, respondents have damaged the Trusts in excess of $1.5 million.  Minson Decl., Ex. A, p. 22 ¶ 8.

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

**B.    SERVICE OF INITIAL PLEADING**

Respondents Christopher Moore and the Creason firm were served with a copy of the Petition to Recover Damages on January 30, 2012.  This Notice of Removal is, therefore, timely filed with this Court within 30 days of such service as required by 28 U.S.C. § 1446(b).  See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344 (1999).

**C.    CONSENT**

Both Respondents have consented to and are joining in this removal.

**D.    NOTICE**

Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on Petitioner's counsel and a copy is being filed with the Clerk of the Superior Court of the State of Washington for King County.

**E.    STATE COURT FILE**

The only process, pleadings, or orders served by or upon Moore and the Creason firm in the state court proceeding are the Petition to Recover Damages, a related Summons, declarations from Ms. Merrill and her counsel, and Ms. Merrill's Motion to Assign New Cause Number.  True and correct copies of the Summons, the Petition, the declarations from Ms. Merrill and her counsel, and the Motion to Assign New Cause Number are attached to the Minson Decl. as Exs. A - G.

Also, in January 2011, Ms. Merrill filed a petition to remove her stepmother, Patti Jo Garred, as trustee and to obtain an accounting and related relief under King County Cause No. 11-4-00909-0 SEA.  Minson Decl., Ex. H.

In May 2011, Ms. Merrill filed a petition to probate her father's will under King County Cause No. 11-4-03722-1 SEA.  Id., Ex. I.

Thereafter, Ms. Merrill obtained an order consolidating both the probate matter and the proceedings against her stepmother under Cause No. 11-4-03722-1 SEA.  Id., Ex. J.

NOTICE OF REMOVAL - 3

Byrnes ♦ Keller ♦ Cromwell llp
38th Floor
1000 Second Avenue
Seattle, Washington  98104
(206) 622-2000

1    Then, on January 27, 2012, under the same King County Cause Number, 11-4-03722-1

2   SEA, Ms. Merrill filed her Petition against Respondents Christopher Moore and the Creason

3   firm.  Id. Ex. A.

4    This notice of removal does *not* remove Petitioner's ongoing probate or petition for relief

5   against Ms. Garred.  This removal affects *only* the Petition to Recover Damages filed against

6   Respondents Moore and the Creason firm.  Id.

7    WHEREFORE, Respondents Christopher Moore and Creason, Moore, Dokken & Geidl,

8   PLLC remove the Petition against them, and only that Petition, to this Court from King County

9   Superior Court.

10    DATED this 23rd day of February, 2012.

11                    BYRNES KELLER CROMWELL LLP

12

13                    By /s/ Bradley S. Keller
                     By /s/ Paul R. Taylor

14                    By /s/ Steven C. Minson
                        Bradley S. Keller, WSBA #10665

15                        Paul R. Taylor, WSBA #14851
                        Steven C. Minson, WSBA #30974

16                    1000 Second Avenue, 38th Floor
                     Seattle, WA  98104

17                    Telephone:  (206) 622-2000
                     Facsimile:  (206) 622-2522

18                    Email: bkeller@byrneskeller.com
                           ptaylor@byrneskeller.com

19                           sminson@byrneskeller.com
                     Attorneys for Respondents

20                    Christopher Moore, and Creason, Moore, Dokken &
                     Geidl, PLLC

21

22

23

24

25

26

NOTICE OF REMOVAL - 4

1

## CERTIFICATE OF SERVICE

2

3

The undersigned attorney certifies that on the 23rd day of February, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  On the same date I also caused the foregoing to be served as follows:

4

**VIA HAND DELIVERY**

5

6

7

8

9

Bruce A. McDermott
Teresa Byers
Garvey Schubert Barer
1191 Second Avenue, 18th Floor
Seattle, WA  98101-2939
bmcdermott@gsblaw.com
tbyers@gsblaw.com
*Attorneys for Petitioner*

10

11

12

13

14

15

/s/ Steven C. Minson
Steven C. Minson, WSBA #30974
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
sminson@byrneskeller.com
**Attorneys for Respondents**

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF REMOVAL - 5