UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re Estate of<br><br>THE JAMES D. GARRED<br>REVOCABLE LIVING TRUST<br><br>KELLY G. MERRILL, as Trustee,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>CHRISTOPHER MOORE, *et al.*,<br><br>　　　　　　　Defendants. | No. C12-0313RSL<br><br><br><br><br><br><br><br><br>ORDER STRIKING MOTION TO STRIKE |

This matter comes before the Court on petitioner's "Motion to Strike Testimony Rendered Incompetent by the Deadman's Statute (RCW § 5.60.030)." Dkt. # 16. Pursuant to Local Civil Rule 7(g), requests to strike materials presented with a motion "shall not be presented in a separate motion to strike, but shall instead be included in the responsive brief . . . ." Petitioner's "Motion to Strike" is not authorized by the rules and is, therefore, STRICKEN.

Dated this 14th day of March, 2012.

　　　　　　　　　　　*/s/ Robert S. Lasnik*
　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　United States District Judge

ORDER STRIKING MOTION TO STRIKE