UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re Estate of

THE JAMES D. GARRED
REVOCABLE LIVING TRUST

KELLY G. MERRILL, as Trustee,

            Petitioner,

    v.

CHRISTOPHER MOORE, *et al.*,

            Defendants.

No. C12-0313RSL

ORDER STRIKING MOTION TO STRIKE

       This matter comes before the Court on petitioner's "Motion to Strike Testimony Rendered Incompetent by the Deadman's Statute (RCW § 5.60.030)." Dkt. # 16. Pursuant to Local Civil Rule 7(g), requests to strike materials presented with a motion "shall not be presented in a separate motion to strike, but shall instead be included in the responsive brief . . . ." Petitioner's "Motion to Strike" is not authorized by the rules and is, therefore, STRICKEN.

       Dated this 14th day of March, 2012.

                         /s/ Robert S. Lasnik
                         Robert S. Lasnik
                         United States District Judge